# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER DOTY, | ) | |
| Plaintiff, | ) | Civil Action No. 13-60 Erie |
| v. | ) | Chief District Judge Joy Flowers Conti |
| | ) | Magistrate Judge Susan Paradise Baxter |
| BARRY SNYDER, *et al.,* | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case is before the court on the Report and Recommendation issued by a United States Magistrate Judge on September 9, 2013 (ECF No. 61), recommending that defendants Lionel Hamer, III, Shawnta Buckner, and Stephanie Milford be dismissed from this case due to the failure to prosecute Christopher Doty ("plaintiff"). The parties were served with the Report and Recommendation and informed that they had until September 26, 2013 to file written objections. As of the date of this order, however, no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 4th day of October, 2013,

**IT IS HEREBY ORDERED** that defendants Lionel Hamer, III, Shawnta Buckner, and Stephanie Milford are **DISMISSED** from this action due to plaintiff's failure to prosecute.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated September 9, 2013 (ECF No. 61) is **ADOPTED** as the opinion of this Court.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, plaintiff has thirty (30) days in which to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Joy Flowers Conti

Joy Flowers Conti
Chief United States District Judge

cc: The Honorable Susan Paradise Baxter
United States Magistrate Judge

Christopher Doty
JE-3868
SCI Frackville
301 Morea Road
Frackville, PA 17932

All counsel of record via ECF