IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER DOTY,           )
        Plaintiff,     )
                       )  C.A. No. 13-60 Erie
                       )
    v.             )
                       )
BARRY SNYDER, et al,        )
        Defendants.    )

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on February 20, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on January 16, 2014, recommended that the motion to dismiss filed on behalf of Defendants Judge Garhart, Zinchini, Wood, Wolbert, Yochim, Stainbrook, Territo, Spizarny, Warren, K. Scarpitti, Sheely, and Romecki [ECF No. 29] be granted; the motion to dismiss filed on behalf of Defendant Thompson [ECF No. 43] be granted; the motion to dismiss filed on behalf of Defendants Snyder, DiLullo, Smith, and Doe [ECF No. 47] be granted; and the motion to dismiss filed on behalf of Defendants Connelly, Bingle, Bickel, Fryling, and A. Scarpitti [ECF No. 50] be granted. It was recommended further that the claims against Defendant Crosby be dismissed as frivolous pursuant to 28 U.S.C. §1915(e), and that this case should be dismissed in its entirety and be marked closed. Service was made on Plaintiff by mail at SCI Frackville, where he is incarcerated, and on Defendants. No objections were filed.

After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th Day of February, 2014;

IT IS HEREBY ORDERED that the motion to dismiss filed on behalf of Defendants Judge Garhart, Zinchini, Wood, Wolbert, Yochim, Stainbrook, Territo, Spizarny, Warren, K. Scarpitti, Sheely, and Romecki [ECF No. 29] is granted; the motion to dismiss filed on behalf of Defendant Thompson [ECF No. 43] is granted; the motion to dismiss filed on behalf of Defendants Snyder, DiLullo, Smith, and Doe [ECF No. 47] is granted; and the motion to dismiss filed on behalf of Defendants Connelly, Bingle, Bickel, Fryling, and A. Scarpitti [ECF No. 50] is granted. It is further ORDERED that the claims against Defendant Crosby are dismissed as frivolous pursuant to 28 U.S.C. §1915(e), and that this case is dismissed in its entirety.

The report and recommendation of Magistrate Judge Baxter, issued February 16, 2014, is adopted as the opinion of the court.

The clerk shall mark this case closed.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record \_\_\_\_